# LAW OFFICES OF
# ROBERT L. KRASELNIK, PLLC

40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
212-400-7160

robert@kraselnik.com
www.kraselnik.com

DIRECT: 212-400-7161
FAX: 212-400-7162

September 3, 2008

**Via ECF**
Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Re: Mosharaf Hossain, etc. v. Bento Nouveau, Inc. (08-CV-6415)

Dear Judge Koeltl:

    This firm represents the plaintiff, Mosharaf Hossain, in this matter. We respectfully write to apprise the Court of the current status of the matter and to request that Defendant be granted an extension of time to respond to the Complaint.

    The Defendant, Bento Nouveau, Inc. ("Bento"), contacted us shortly after receiving the Complaint, which was filed on July 17, 2008. Bento informed us then and in subsequent communications that it is in the process of seeking U.S. counsel (Bento is a Canadian corporation), and also that it is compiling the documentation necessary to defend this matter.

    Recently, Bento contacted us again to let us know that it is continuing to gather documents and will be retaining U.S. counsel shortly. Accordingly, Bento has requested an extension of time to respond to the Complaint to September 30, 2008, and we consent to this request. This is the first application to the Court for an extension. A stipulation extending Bento's time to respond to the Complaint is attached.

    We thank Your Honor for considering this request.

Respectfully submitted,

Robert L. Kraselnik

cc: Das Kugathasan
    Bento Noveau, Inc. (Via Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHARAF HOSSAIN, on behalf of
himself and others similarly situated,

        Plaintiff,

v.

BENTO NOUVEAU INC.,

        Defendant.

Case No.: 08-cv-6415

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendant Bento Nouveau, Inc. to respond to the Complaint dated July 17, 2008 in the above-captioned action is hereby extended to September 30, 2008.

By: _____
Robert L. Kraselnik

Law Offices of
Robert L. Kraselnik, PLLC
*Attorneys for Plaintiff*
MOSHARAF HOSSAIN, et al
(212) 400-7161

By: _____
Das Kugathasan

*V.P of Finance*
BENTO NOUVEAU, INC.

(416) 778-7469

Dated: September ___, 2008

SO ORDERED:

_____
U.S.D.J.

2388179491V1